AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Bryan Gabriel MARQUEZ-FLORES Jr.<br>and<br>Ignacio NIEBLAS Jr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 16-MJ-463<br>)<br>)<br>)<br>) |

FILED
At Albuquerque NM
FEB 0 8 2016
MATTHEW J. DYKMAN
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/5/2016__ in the county of __Bernalillo__ in the __Judicial__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than one kilogram of Heroin With Intent to Distribute |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Jarrell W. Perry, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/8/16

City and state: Albuquerque, New Mexico

*Judge's signature*

William P. Lynch
*Printed name and title*

**AFFIDAVIT**

On February 5, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry and DEA S/A Gerald Maestas were at the Amtrak Train Station in Albuquerque, New Mexico to meet the eastbound Amtrak Train number four for its regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached two males, who were later identified as Ignacio NIEBLAS Jr. and Bryan Gabriel MARQUEZ-FLORES Jr, who were sitting in their respective seats in the coach section of the Amtrak Train. S/A Perry displayed his DEA badge to NIEBLAS Jr. and MARQUEZ-FLORES Jr., identified himself as a police officer to NIEBLAS Jr. and MARQUEZ-FLORES Jr., asked for and received permission to speak with NIEBLAS Jr. and MARQUEZ-FLORES Jr.

NIEBLAS Jr. and MARQUEZ-FLORES Jr. informed S/A Perry that they were brothers and were traveling together. S/A Perry asked MARQUEZ-FLORES Jr. if he could speak with S/A Maeastas and MARQUEZ-FLORES Jr. agreed, stood up from his seat and walked a few feet towards the rear of the coach car and spoke with S/A Maestas.

After a short conversation about his travel, S/A Perry asked NIEBLAS Jr. if he had any luggage with him. NIEBLAS Jr. identified a black/red colored backpack and a blue/black colored duffel bag in the overhead luggage compartment as belonging to NIEBLAS Jr. and MARQUEZ-FLORES Jr. NIEBLAS Jr. said that they both had items in the red/black colored backpack and also in the blue/black colored duffel bag. S/A Perry asked NEIBLAS Jr. if one of the bags belonged to each of them and NIEBLAS Jr. said that they were both he and MARQUEZ-FLORES Jr.'s together.

S/A Perry asked for and received permission from NIEBLAS Jr. to search his red/black backpack and blue/black duffel bag for contraband. NIEBLAS Jr. removed the red/black backpack from the overhead luggage compartment, unzipped and began to move various clothing around inside of the backpack. S/A Perry asked NIEBLAS Jr. if he would allow S/A Perry to conduct the search and NIEBLAS Jr. agreed. A consensual search of the

red-black backpack revealed a rectangular shaped, hard-like bundle concealed inside of a pair of blue jeans. S/A Perry immediately knew from his experience that the rectangular shaped, hard-like bundle was consistent with illegal narcotics. A consensual search of the blue/black colored duffel bag revealed two rectangular shaped, hard-like bundles concealed inside of blue jeans. S/A Perry handcuffed NIEBLAS Jr., thus placing him under arrest.

During S/A Maestas' consensual encounter with MARQUEZ-FLORES Jr., MARQUEZ-FLORES Jr. originally claimed the red/black colored backpack and the blue/black colored duffel bag as belonging to him. MARQUEZ-FLORES Jr.changed his story and said that the red/black backpack belonged to him. S/A Maestas asked for and received permission from MARQUEZ-FLORES Jr. to search the red/black colored backpack prior to S/A Perry searching it. S/A Maestas handcuffed MARQUEZ-FLORES Jr., thus placing him under arrest.

NIEBLAS Jr. and MARQUEZ-FLORES Jr. were transported to the DEA ADO. At the DEA ADO, S/A Perry and DEA Task Force Officer (TFO) Travis Chavez weighed the rectangular shaped, hard-like bundle from red/black backpack for a total weight of approximately 1.55 gross kilograms (3.47 gross pounds). S/A Perry and TFO Chavez weighed the two rectangular shaped, hard-like bundles from the blue/black duffel bag for a total weight of approximately 3.10 gross kilograms (6.94 gross pounds). The total weight for the three rectangular shaped, hard-like bundles was approximately 4.65 gross kilograms (10.416 gross pounds). S/A Perry knew that based upon his training and experience that this is an amount that is consistent with distribution rather than personal use. S/A Perry and TFO Chavez cut into the three rectangular shaped, hard-like bundles, which revealed a brown colored substance, which field-tested positive for the presence of heroin.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

_____
Jarrell W. Perry
Special Agent
Drug Enforcement Administration

_____
United States Magistrate Judge